IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

Vs                                    CASE NO. 4:06cr00409-01 JMM

ROBERT DEWAYNE BOLDEN                                                          DEFENDANT

ORDER

Defendant has filed a renewed and amended motion **(docket entry #44)** and a second renewed and amended motion for pretrial release **(docket entry #48).** The United States has responded **(docket entry #46).** The Court notes that Defendant has been detained since about December 12, 2006, and that the United States has filed a motion for continuance from the current trial setting of May 21, 2007. Defendant's motions are hereby set for hearing **Wednesday, May 16, 2007 at 1:30 p.m.,** Room 305 before Magistrate Judge Jerry W. Cavaneau.

As stated in previous orders, the charges in this case give rise to a presumption that Defendant poses a risk of danger to others or to the community. 18 U. S. C. § 3142(e). Further, the Court has found that Defendant poses a risk to the community as shown by his attempts to evade search results and to evade arrest, including a high speed chase at speeds in excess of 100 mph. Thus, contrary to Defendant's assertion that § 3142 makes a presumption in favor of pre-trial release, the burden is on Defendant to demonstrate that there are conditions of release which could be imposed which would reasonably assure the safety of the community and of other individuals. The factors Defendant lists are primarily concerned with risk of flight. Detention was based on danger. The Court has considered the factors under the statute. There has also been an express finding that Defendant

poses a danger to the community.  Therefore, the sole issue the Court will be concerned with is whether conditions of release could be imposed that would reasonably assure the safety of the community and other individuals.

    IT IS SO ORDERED this 11th day of May, 2007.

                                                                  _____
                                                                  UNITED STATES MAGISTRATE JUDGE